STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA J. SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL MARTIN PACHECO MARTINEZ & ALBERTO MARTINEZ NAVARRO, <br><br> Defendants. | NO. CR-20-00459 EJD <br><br> STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME FROM JANUARY 10, 2022 TO MARCH 14, 2022 AND ORDER |

    The above-captioned matter is set for an initial status conference on January 10, 2022. The government has produced discovery to both defendants. The parties now request a continuance of the status conference until March 14, 2022, to allow the parties time to review discovery and discuss possible resolution.

    It is hereby stipulated by and between counsel for the United States and counsel for the defendants Miguel Martin Pacheco Martinez and Alberto Martinez Navarro that the status conference set for January 10, 2022 be continued to March 14, 2022 at 1:30 p.m., and that time be excluded under the Speedy Trial Act from January 10, 2022 through March 14, 2022 to allow for the effective

preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate and agree that the ends of justice served by excluding the time from January 10, 2022 through March 14, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  January 6, 2022

/s/
ALEXANDRA SHEPARD
Assistant United States Attorney

DATED:  January 6, 2022

/s/
ARTURO HERNANDEZ
Counsel for Defendant Miguel Martin Pacheco Martinez

DATED:  January 6, 2022

/s/
PETER LEEMING
Counsel for Defendant Alberto Martinez Navarro

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from January 10, 2022 through March 14, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 10, 2022 through March 14, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 10, 2022 through March 14, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 7, 2022

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE